# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARY LADNER                                                                                                                      PLAINTIFF

v.                                                    No. 3:14CV00023 JLH

EFRAIN CARCANO                                                                                                        DEFENDANT

PUBLIC EMPLOYEE CLAIMS
DIVISION OF THE ARKANSAS
INSURANCE DEPARTMENT
and ARKANSAS STATE POLICE                                                                                  INTERVENORS

## ORDER

Without objection, the motion to intervene filed by the Public Employee Claims Division of the Arkansas Insurance Department and the Arkansas State Police is GRANTED. Document #9. The intervenors must file their complaint in intervention within seven days from the entry of this Order.

IT IS SO ORDERED this 25th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE