**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GARY LADNER                                                                                   PLAINTIFF

v.                                      NO. 3:14CV00023 JLH

EFRAIN CARCANO                                                                          DEFENDANT

PUBLIC EMPLOYEE CLAIMS
DIVISION OF THE ARKANSAS
INSURANCE DEPARTMENT
and ARKANSAS STATE POLICE                                                      INTERVENORS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE